UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                        :

DENISE CRUMWELL,                   :

                    :

          Plaintiff,     :

                    :              25-cv-7974 (LJL)

   -v-                 :

                    :               <u>ORDER</u>

YOUTH BEAUTY CORPORATION,   :

                    :

         Defendant.   :

                    :
-----------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:__12/8/2025__**

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.  The

parties may reopen the case, provided the application to restore the action to the Court's calendar

is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five

(45) days from the date of this Order may be denied solely on that basis.  Any pending motions

are DISMISSED as moot, and all conferences and deadlines are CANCELED.

     SO ORDERED.

Dated:  December 8, 2025
       New York, New York                        LEWIS J. LIMAN
                                          United States District Judge